**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TITAN MEDICAL ENTERPRISES, INC. et al.,<br><br>　　　　Defendants. | Case No. 2:11-cv-10752-ODW(FFMx)<br><br>**JUDGMENT** |

Based on the Court's Order Granting Plaintiff's motion for summary judgment (ECF No. 44) and Statement of Decision (ECF No. 46), judgment is entered as follows:

- Judgment for Plaintiff United States of America;
- Defendants are hereby permanently enjoined as set forth in the Court's previous Order (ECF No. 44);
- Parties shall each bear their own costs and attorney's fees.

The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

February 4, 2013

　　　　　　　　　　　_____
　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**